

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00270-CV

Leticia R. **BENAVIDES**,
Appellant

v.

Shirley Hale **MATHIS**, Individually and as Temporary Guardian of
the Person and Estate of Carlos Y. Benavides, Jr., an Incapacitated Person,
Jesus Guillen, and Julio A. Garcia, Jr.,
Appellees

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2011-PB6-000081-L2
Honorable Jesus Garza, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that appellees Shirley Hale Mathis, Individually and as Temporary Guardian of the Person and Estate of Carlos Y. Benavides, Jr., an Incapacitated Person, Jesus Guillen, and Julio A. Garcia, Jr., recover their costs of appeal from appellant Leticia R. Benavides. *See* TEX. R. APP. P. 43.4.

SIGNED March 26, 2014.

_____
Rebeca C. Martinez, Justice